IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DANA L. CHRISTENSEN, JESS L. U.S. District Attorney, JOHN RHODES, and KALISPELL POLICE DEPARTMENT,<br><br>    Defendants. | CV 24-108-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and in accordance with the Court's Order, Doc. 9, signed and dated September 9, 2024.

Dated this 9th day of September, 2024.

/s/ Tyler P. Gilman
Tyler P. Gilman, Clerk of Court